**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **IBC-HEARTHWARE, INC. d/b/a**<br>**HEARTHWARE HOME PRODUCTS,**<br>**INC., an Illinois corporation** | **Civil No.:** |
| **Plaintiff,** | |
| **v.** | **JURY TRIAL DEMANDED** |
| **MORNINGWARE, INC., an Illinois**<br>**corporation** | |
| **Defendant.** | |

## COMPLAINT

Plaintiff IBC-Hearthware, Inc. d/b/a Hearthware Home Products, Inc. ("Hearthware")

complains of Defendant Morningware, Inc. ("Morningware") as follows:

## NATURE OF ACTION

1.      This is a claim for: (a) patent infringement arising under the patent laws of the

United States, Title 35 of the United States Code, including 35 U.S.C. §§ 271 and 281; (b)

violation of Section 43(a) of the Lanham Act (15 U.S.C. § 1125(a)); (c) violation of the Illinois

Uniform Deceptive Trade Practices Act (815 ILCS § 510/1 *et seq*.); and (d) unfair competition

under the common law of Illinois.

## PARTIES

2.      Plaintiff Hearthware is a corporation organized under the laws of the State of

Illinois, with its principal place of business at 880 Lakeside Drive, Gurnee, Illinois 60031.

Hearthware owns all right, title and interest in and has standing to sue for infringement of

United States Patent No. 6,201,217 ("the '217 patent"), entitled "Counter-Top Electric Cooker"

issued on March 13, 2001.

3.      On information and belief, Defendant Morningware is organized under the laws of the State of Illinois, with its principal place of business at 1699 Wall Street, Mt. Prospect, Illinois 60056.   On information and belief, Morningware does substantial business in this judicial district including the marketing, sale, offering for sale and importation of counter-top electric cookers, including the Halogen Convection Oven Model HO-1200 ("Morningware Halogen Oven") accused of patent infringement and the other violations at issue in this case.

## JURISDICTION AND VENUE

4.      The First Claim for Relief arises under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq*.  This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331, 1338(a).

5.      The Second Claim for Relief arises under the Lanham Act of 1946, as amended, 15 U.S.C. §§ 1051 *et seq*.  This Court has jurisdiction over this Claim for Relief under 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a).

6.      All other claims in this action arise from the same transaction or occurrence, such that this Court has supplemental jurisdiction under 28 U.S.C. § 1367(a).

7.      This Court may exercise personal jurisdiction over Morningware because Morningware is organized in this state and has a principal place of business in Illinois.

8.      Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b) & (c), and 1400(b) because Morningware has its principal place of business within this district, the acts complained of took place within this district, and Morningware is subject to personal jurisdiction here.

## FACTUAL BACKGROUND

9.      On March 13, 2001, United States Patent No. 6,201,217 ("the '217 patent")
entitled "Counter-Top Electric Cooker" was duly and legally issued by the U.S. Patent and
Trademark Office to Hearthware.  Hearthware is the sole owner of all right, title, and interest in
the '217 patent, including the right to sue for infringement.  A copy of the '217 patent is
attached hereto and incorporated herein as Exhibit A.

10.     Hearthware manufactures, advertises, promotes, markets, distributes and/or sells
the NuWave Oven, which embodies the claims of the '217 patent.

11.     Hearthware has sold counter-top ovens as the NuWave Oven since at least 2003.

12.     Since at least as early as 2003, Hearthware has manufactured and sold the
NuWave Oven with a distinctive non-functional combination of elements which is believed to
be well known to Hearthware's customers and has become associated with the NuWave Oven.
Exemplary pictures of NuWave Ovens with their distinctive appearance and design are attached
hereto and incorporated herein as Exhibit B.

13.     The Hearthware NuWave Oven's appearance and design constitute trade dress
("NuWave Trade Dress") which is distinctive and has been in use since at least 2003.

14.     Since its introduction, the NuWave Oven has been a great commercial success
for Hearthware.  The NuWave Oven has been advertised, promoted and sold nationally.

15.     As a result of its unique and distinctive trade dress, as well as Hearthware's
extensive advertising and promotion of the NuWave Oven, the total image, shape,
configuration, overall look, appearance and impression of the NuWave Oven has caused a
relevant segment of the general public to associate the NuWave Oven with Hearthware and the
Hearthware brand name, and Hearthware has acquired a valuable reputation and goodwill

among the public as a result of such association.

16.     Hearthware has thus established an exclusive right to use the trade dress free from confusingly similar imitations that are calculated to deceive the public and injure Hearthware.

17.     Hearthware has gained common law trademark rights to the NuWave Trade Dress through its use, advertising and promotion.

18.     Upon information and belief, Morningware manufactures, advertises, promotes, markets, distributes and/or sells its Morningware Halogen Oven and features an appearance ("Morningware Appearance") as depicted in a picture attached hereto and incorporated herein as Exhibit C.

19.     The Morningware Appearance is confusingly similar to and dilutive of the NuWave Trade Dress.

20.     Upon information and belief, Morningware only recently began offering its Morningware Halogen Oven product featuring the Morningware Appearance, well after Hearthware began selling its NuWave Oven product with its NuWave Trade Dress.

21.     Upon information and belief, Hearthware alleges that Morningware has committed the actions described herein in bad faith and with the intent to cause confusion and mistake; to deceive the public at large into believing that Morningware and/or the Morningware Infrared Halogen Oven product are affiliated, connected or associated with, and/or otherwise sponsored, approved, and/or authorized by, Hearthware; and to dilute the NuWave Trade Dress.

22.     Upon information and belief, Morningware had knowledge of the NuWave Trade Dress and its fame in connection with the NuWave Oven, and adopted the Morningware Appearance in connection with its infrared oven products in bad faith and with intent to cause

confusion with and dilute the NuWave Trade Dress.

23.     On information and belief, Morningware has gained profits by virtue of its infringement of the NuWave Trade Dress.

24.     Hearthware has sustained damages as a direct and proximate result of Morningware's infringement of the NuWave Trade Dress in an amount to be proven at trial.

**FIRST CLAIM FOR RELIEF**
**(Infringement of the '217 Patent)**

25.     Hearthware realleges and incorporates by reference the allegations contained in paragraphs 1-12 and 18 as if fully set forth herein.

26.     Upon information and belief, Morningware has infringed and continues to infringe the '217 patent, either directly, by contributory infringement and/or by inducement of others to infringe.  The infringing acts include, but are not limited to, the manufacture, use, sale, importation, and/or offer for sale of products, including the Morningware Halogen Convection Oven Model HO-1200, covered by the '217 patent.

27.     Morningware's acts of infringement have caused and continue to cause damage to Hearthware, and Hearthware is entitled to recover from Morningware the damages sustained by Hearthware as a result of Morningware's wrongful acts in an amount subject to proof at trial.  Morningware's infringement of Hearthware's exclusive rights under the '217 patent will continue to damage Hearthware's business, causing irreparable harm, for which there is no adequate remedy at law, unless it is enjoined by this Court.

28.     Upon information and belief, Morningware's acts of infringement of the '217 patent have been willful and deliberate, rendering this an exceptional case under 35 U.S.C. § 285.

29.     Hearthware believes that Morningware will continue to infringe the '217 patent

unless enjoined by this Court. Such infringing activity causes Hearthware irreparable harm and will continue to cause such harm without the issuance of an injunction.

## SECOND CLAIM FOR RELIEF
### (Trade Dress Infringement Under *The Lanham Act*)

30.     Hearthware realleges and incorporates by reference the allegations contained in paragraphs 1-24 as if fully set forth herein.

31.     Hearthware, as the owner of all common law right, title and interest in and to the NuWave Trade Dress, has standing to maintain an action for trade dress infringement under the Federal Trademark Statute, Lanham Act § 43(a) (15 U.S.C. § 1125(a)).

32.     Hearthware's NuWave Trade Dress has been prominently displayed as part of Hearthware's counter-top ovens.

33.     The NuWave Trade Dress is inherently distinctive and/or has acquired a secondary meaning, and distinguishes Hearthware's counter-top ovens from those offered by others.

34.     The NuWave Trade Dress is non-functional.

35.     Hearthware alleges that Morningware has, without authorization, on or in connection with its goods and services used in commerce the Morningware Appearance, which is confusingly similar to the NuWave Trade Dress, and which has caused and is likely to continue to cause confusion or mistake, or to deceive as to the affiliation, connection or association of Morningware with Hearthware, and/or as to the origin, sponsorship or approval of Morningware's goods or services, or commercial activities.

36.     Hearthware, upon information and belief, alleges that Morningware's acts have been committed with knowledge of Hearthware's exclusive common law rights and goodwill in the NuWave Trade Dress, as well as with bad faith and the intent to cause confusion, or to

cause mistake and/or to deceive.

37.     Hearthware has suffered, and, if Morningware is not enjoined from its wrongful acts of trade dress infringement, Hearthware will continue to suffer, great and irreparable injury, loss, and damage to its rights in and to the NuWave Trade Dress and the goodwill associated therewith for which it has no adequate remedy at law.

38.     As a result of Morningware's wrongful acts, Hearthware has suffered and will continue to suffer losses, including loss of business opportunities, and, if not preliminarily and permanently enjoined, Morningware will have unfairly derived and will continue to unfairly derive income, profits and business opportunities as a result of its wrongful acts.

39.     As the acts alleged herein violate Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), and, as Hearthware has no adequate remedy at law, Hearthware is entitled to injunctive relief as well as monetary damages and other remedies provided by 15 U.S.C. §§ 1116, 1117 and 1118, including Morningware's profits, treble damages, reasonable attorneys' fees, costs and prejudgment interest.

### THIRD CLAIM FOR RELIEF
#### (Violation of the Illinois *Uniform Deceptive Trade Practices Act*)

40.     Hearthware realleges and incorporates by reference the allegations contained in paragraphs 1-24 and 30-39 as if fully set forth herein.

41.     This is a claim for violations of the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS § 510/1 *et seq*.

42.     815 ILCS § 510/2(a) states, in relevant part, that:  "A person engages in a deceptive trade practice when, in the course of his or her business, vocation, or occupation, the person: … (2) causes likelihood of confusion or of misunderstanding as to the source, sponsorship, approval, or certification of goods or services; (3) causes likelihood of confusion

or of misunderstanding as to affiliation, connection, or association with or certification by another; ...."

43.     Hearthware and Morningware are competitors.  Morningware's sale and offers for sale of their infringing Morningware Infrared Halogen Oven, as described above, have and will continue to create a likelihood of confusion or misunderstanding as to the source, sponsorship, approval or certification of their products by Hearthware.  Such sales and offers for sale have further created and will continue to create a likelihood of confusion or misunderstanding as to affiliation, connection, or association with or certification by Hearthware.

44.     As stated in Hearthware's Second Claim for Relief above, the aforementioned acts by Morningware constitute violations of Section 43(a) of the Lanham Act and, thus, also constitute violations of the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS § 510/2.

45.     On information and belief, Morningware has willfully and deliberately engaged in the complained of deceptive trade practices. Such acts have irreparably injured and will continue to injure Hearthware unless enjoined by this Court. Further, Hearthware should be entitled to the costs of this action and reasonable attorneys' fees pursuant to 815 ILCS 510/3.

### FOURTH CLAIM FOR RELIEF
**(Violation of the Illinois *Common Law Of Unfair Competition*)**

46.     Hearthware realleges and incorporates by reference herein the allegations contained in the paragraphs 1-24 and 30-45 as if fully set forth herein.

47.     This is a claim for violations of Illinois' common law of unfair competition.

48.     Hearthware and Morningware are competitors.  Morningware's sale and offers for sale of their infringing Morningware Infrared Halogen Oven, as described above, have and will continue to create a likelihood of confusion or misunderstanding as to the source,

sponsorship, approval or certification of their products by Hearthware.  Such sales and offers for sale have further created and will continue to create a likelihood of confusion or misunderstanding as to affiliation, connection, or association with or certification by Hearthware.

49.     As stated above, the aforementioned acts by Morningware constitute violations of Section 43(a) of the Lanham Act and, thus, also constitute violations of Illinois' common law of unfair competition.

50.     Morningware has and will continue to willfully and deliberately engage in the complained of acts of unfair competition. Such acts have irreparably injured and will continue to injure Hearthware unless enjoined by this Court.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Hearthware respectfully requests that this Court enter a judgment in its favor and against Defendant Morningware, and grant the following relief:

A. A judgment that the '217 patent has been and continues to be infringed by Morningware;

B. A judgment that Morningware's use of the Morningware Appearance infringes the NuWave Trade Dress under federal law;

C. A judgment that Morningware's use of the Morningware Appearance dilutes the NuWave Trade Dress under federal law;

D. A judgment that Morningware has violated the Illinois Uniform Deceptive Trade Practices Act;

E. A judgment that Morningware has committed the common law tort of unfair competition;

F.  The issuance of preliminary and permanent injunctions enjoining:

    a.  the aforesaid acts of patent infringement by Morningware, its officers, agents, servants, employees, predecessors, successors, divisions, subsidiaries and attorneys, and those persons acting in concert with them, including related individuals and entities, customers, representatives, dealers and distributors;

    b.  the aforesaid acts of trade dress infringement by Morningware, its officers, agents, servants, employees, predecessors, successors, divisions, subsidiaries and attorneys, and those persons acting in concert with them, including related individuals and entities, customers, representatives, dealers and distributors;

G.  An award of damages and/or other monetary relief:

    a.  for Morningware's infringement of the '217 patent (together with prejudgment interest from the date infringement began);

    b.  an award of compensatory damages for Morningware's Lanham Act and state law violations in an amount to be determined at trial;

H.  A finding that Morningware's infringement of the '217 patent was willful and deliberate;

I.  A finding that Morningware's Lanham Act violations were willful and deliberate;

J.  A finding that this case is exceptional under 35 U.S.C. § 285 and an award of all remedies available as a result;

K.  A finding that this case is exceptional case within the meaning of 15 U.S.C. § 1117 and that Morningware's acts of trade dress infringement and dilution were knowing and willful, an award of all remedies available as a result;

L.  An award of punitive damages;

M.  An award of Hearthware's actual legal costs and reasonable attorneys' fees associated

with this suit; and

N.  Such other and further relief as this Court or a jury may deem proper and just.

## DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38(b), Hearthware hereby demands trial by jury on all issues

so triable.

Dated: August 10, 2009                              Respectfully Submitted,


/s/  William P. Oberhardt

William P. Oberhardt
WILLIAM P. OBERHARDT, LLC
70 West Madison, Suite 2100
Chicago, IL 60602
Tel: 312-251-1100
Fax: 312-251-1175
Atty. Reg. No. 3122407

*Counsel for Plaintiff*
IBC-Hearthware, Inc. d/b/a
Hearthware Home Products, Inc.


*Of Counsel*

David M. Farnum (*pro hac vice* pending)
dmfarnum@venable.com
Meaghan H. Kent (*pro hac vice* pending)
mhkent@venable.com
Cameron H. Tousi (*pro hac vice* pending)
chtousi@venable.com
Calvin R. Nelson (*pro hac vice* pending)
crnelson@venable.com
VENABLE LLP
575 Seventh Street, NW
Washington, D.C. 20004
Tel: (202) 344-4000
Fax: (202) 344-8300

# EXHIBIT A



US006201217B1

(12) **United States Patent**
Moon et al.

(10) Patent No.: **US 6,201,217 B1**
(45) Date of Patent: **Mar. 13, 2001**

(54) **COUNTER-TOP ELECTRIC COOKER**

(75) Inventors: **Jung S. Moon**, Buffalo Grove; **Rong Liu**, Wheeling; **Alan R. Kelley**, Barrington, all of IL (US)

(73) Assignee: **Heartware Home Products, Inc.**, Wheeling, IL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/290,150**

(22) Filed: **Apr. 12, 1999**

(51) Int. Cl.[7] ............................. **A47J 37/00**; A47J 36/16; A21B 1/26; A21B 1/50

(52) **U.S. Cl.** ........................ **219/386**; 219/400; 219/392; 99/476; 126/333; 126/21 A; 220/769; 220/770

(58) **Field of Search** .................................... 219/400, 392, 219/552, 386; 99/359, 376, 425, 446, 474, 476; 126/21 A, 333; 220/756, 757, 769, 770, 772

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,851,639 * 12/1974 Beddoe .............................. 126/25 R

| | | | | |
|---|---|---|---|---|
| 3,882,767 | * | 5/1975 | Oyler, deceased et al. ........... | 99/446 |
| 4,817,509 | * | 4/1989 | Erickson .............................. | 219/400 |
| 5,217,545 | * | 6/1993 | Smith et al. .......................... | 148/327 |
| 5,338,616 | * | 8/1994 | Ishii et al. ........................... | 219/552 |
| 5,404,420 | * | 4/1995 | Song .................................... | 219/400 |
| 5,465,651 | * | 11/1995 | Erickson et al. ..................... | 99/476 |
| 5,466,912 | * | 11/1995 | Dornbush et al. ................... | 219/400 |
| 5,513,558 | * | 5/1996 | Erickson et al. ..................... | 219/400 |
| 5,699,722 | * | 12/1997 | Erickson et al. ..................... | 219/400 |
| 5,845,563 | * | 12/1998 | Haring et al. ........................ | 99/446 |

* cited by examiner

Primary Examiner—Joseph Pelham
(74) Attorney, Agent, or Firm—Wood, Phillips, VanSanten, Clark & Mortimer

(57) **ABSTRACT**

A counter-top electric oven is provided that includes a number of features that prevent overheating of the components of the oven. These features include an actively cooled fan chamber, a hot gas vent, a cooling manifold that directs cooling air to cool the cooking enclosure and hot gas vented from the hot gas vent, and a base with thermally insulated supports for a metallic oven pan of the cooking enclosure.

**15 Claims, 8 Drawing Sheets**





*Fig. 1*





*Fig. 2*



*Fig. 3*

*Fig. 4*

*Fig. 3a*



*Fig. 5*



*Fig. 6*

*Fig. 7*

*Fig. 8*





*Fig. 9a*



*Fig. 9b*

*Fig. 9c*

*Fig. 9d*





US 6,201,217 B1

1

# COUNTER-TOP ELECTRIC COOKER

## FIELD OF THE INVENTION

This invention relates to electric ovens, and in particular to counter-top electric cook ovens.

## BACKGROUND OF THE INVENTION

Counter-top electric ovens are known in the art. In comparison to conventional ovens, counter-top electric ovens typically offer the advantage of being less bulky and having quicker cooking times. It is common for counter-top ovens to include a power head having a heating unit that is used to heat the cooking enclosure. It is also common for the interior of the cooking enclosure in such ovens to be accessed by manually lifting an upper portion of the cooking enclosure from the remainder of the cooking enclosure. To reduce the weight of counter-top electric ovens for portability and to provide a cooking enclosure that allows viewing of the cooking operation, counter-top electric ovens typically utilize plastic materials for a majority of their housings, including for the cooking enclosure. To reduce the cooking time, counter-top electric ovens typically will rely on a hot air stream that is cycloned around the food by a high speed fan associated with the electric heating element, or by utilizing an infrared heating element in combination with a relatively low speed fan that generates sufficient air circulation in the oven to ensure a relatively uniform temperature distribution in the oven. One example of a counter-top electric oven that utilizes an infrared electric heating element, a relatively low speed fan, and plastic housings, is disclosed in U.S. Pat. No. 5,404,420 issued Apr. 4, 1995 to Eugene Song.

One problem associated with such ovens is the heat generated by the heating unit of the power head. This heat can potentially damage plastic components of the oven and can also potentially increase the temperature of the oven housings to a point where a user cannot comfortably access the cooking enclosure. This problem is especially of concern for the components and housing near the heating unit.

As seen in the Song patent, it is also known for the lower portion of the cooking enclosure of such ovens to be defined by a metallic pan having an interior surface at which the heat generated by the heating unit is directed. The metallic pan is supported and surrounded by a plastic base which prevents the heat transmitted from the metallic pan from damaging the counter-top on which the oven is resting. One problem associated with this construction is that the metallic plate can transfer sufficient heat from the heating unit to damage housing components contacting the pan, or can transfer sufficient heat surrounding the housing to a point where a user cannot comfortably touch the surrounding housing. Another problem associated with this construction is that it can be very difficult to remove the metallic pan from the base, especially when the metallic pan is hot.

Other concerns common to counter-top ovens are the assembly and disassembly of the housings to allow the insertion and removal of food for cooking, and the cleaning of the interior of the cooking enclosure and the heating components therein.

## SUMMARY OF THE INVENTION

It is the principal object of the invention to provide a new and improved counter-top electric oven.

It is another object of the invention to provide a new and improved counter-top infrared electric oven.

It is another object of the invention to provide a counter-top electric oven that minimizes the risk of heating housing

2

components to a point where the components can be damaged or where a user cannot comfortably handle the housings during operation or soon after operation has been terminated.

An exemplary embodiment of the invention achieves at least some of the foregoing objects in a counter-top electric oven for cooking food that includes a cooking enclosure and a power head detachably connected to the cooking enclosure. The cooking enclosure includes an upper surface with an opening therein. The power head includes a heating unit extending into the cooking enclosure through said opening, a fan chamber positioned above the cooking enclosure and the heating unit, a fan mounted in the fan chamber to create a cooling air flow through the fan chamber, a plurality of air inlets to the fan chamber to allow the cooling air flow into the fan chamber, and a cooling manifold surrounding the opening in the upper surface and facing the upper surface outside of the cooking enclosure. The cooling manifold is in fluid communication with the fan chamber and includes a plurality of air outlets arranged to direct the cooling air flow from the fan chamber toward the upper surface of the cooking enclosure to cool the upper surface.

In accordance with another aspect of the invention, a counter-top electric oven for cooking food includes a cooking enclosure, a power head detachably connected to the cooking enclosure, and a plastic base that supports the cooking enclosure. The cooking enclosure includes an oven housing and a metallic oven pan having interior and exterior surfaces and located beneath the oven housing. The power head includes a heating unit extending into the cooking enclosure. The heating unit includes an electric heating element arranged to direct heat toward the interior surface of the oven pan. The plastic base has an interior that surrounds the oven pan with an air gap and includes one or more supports for the oven pan and one or more thermal insulators between the posts and the exterior surface of the oven pan to prevent overheating of the base by the heat directed at the interior surface of the oven pan.

According to one aspect of the invention, an electric oven for cooking food includes a base, a cooking enclosure supported by the base, and a power head detachably connected to the cooking enclosure. The cooking enclosure is defined by an oven housing and an oven pan located beneath the oven housing. The oven pan is surrounded by an interior of the base and includes a lip defining an outer periphery of the oven pan. A pair of retractable handles are mounted to the lip for movement between a first position where the handles are extended from the lip so that a user may grasp the handles to remove the oven pan from the base and a second position where the handles are retracted toward the lip to allow the oven housing to be positioned above the oven pan without interfering with the handles. The power head includes a heating unit extending into the cooking enclosure.

In accordance with one aspect of the invention, a counter-top electric oven includes a cooking enclosure and a power head detachably connected to the cooking enclosure. The power head includes a heating unit extending into the cooking enclosure. The heating unit includes a heating element for heating the cooking enclosure. The power head further includes a controller configured to selectively power the heating element between a minimum power and a maximum power and to limit the cooking time at maximum power to a predetermined period to prevent overheating of the cooking enclosure.

According to one aspect of the invention, an electric oven includes a cooking enclosure, and a power head connected

3

to the cooking enclosure and including a heating unit extending into the cooking enclosure. The heating unit includes a heater housing defining a cavity, a heating element mounted in the cavity for heating the cooking enclosure, and a protective grid mounted to the heater housing between the heating element and the cooking enclosure. The protective grid includes oppositely directed legs, with each leg slidably received in a mating aperture in the heater housing to detachably mount the protective grid to the heater housing. The heating unit further includes a fastener engaged with the heater housing for movement between a first position where the fastener engages one of the legs to restrict movement of the grid relative to the heater housing, and a second position where the fastener is disengaged from one of the legs to allow removal of the grid from the heater housing.

According to one aspect of the invention, an electric oven includes a base having an upwardly extending wall surrounding an interior of the base, and an oven housing having a downwardly extending wall surrounding an interior of the oven housing, and an annular lip formed on the outer surface of the downwardly extending wall of the oven housing. The annular lip is engageable with the upwardly extending wall of the base to support the oven housing on the upwardly extending wall of the base with a portion of the downwardly extending wall extending below the lip and cooperating with the upwardly extending wall of the base to restrict the leakage of hot gases from the interiors of the base and the cooking enclosure. A relief is provided on the portion of the downwardly extending wall to ease engagement of the oven housing with the base.

Other objects and advantages will become apparent from the following specification taken in connection with the accompanying drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view of a counter-top infrared electric oven embodying the features of the invention;

FIG. 2 is an exploded view of the oven shown in FIG. 1;

FIG. 3 is a somewhat diagrammatic section view of the oven shown in FIG. 1;

FIG. 3A is an enlarged view of the area indicated by lines 3A—3A in FIG. 3;

FIG. 4 is a perspective view of an oven pan of the oven shown in FIG. 1;

FIG. 5 is an exploded view of a power head of the oven shown in FIG. 1;

FIG. 6 is an enlarged view of the area indicated by lines 6—6 in FIG. 3;

FIG. 7 is a diagrammatic representation of the operating components of the oven shown in FIG. 1;

FIG. 8 is a flow chart illustrating selected operational features of the oven shown in FIG. 1;

FIGS. 9A–D are perspective views illustrating the mounting and the removal of a protective grid of the oven shown in FIG. 1;

FIG. 10 is a perspective view of an optional embodiment of a base for the oven shown in FIG. 1;

FIG. 11 is an enlarged, fragmentary section view taken substantially along line 11—11 in FIG. 10;

FIG. 12 is a perspective view of another optional embodiment of a base 10 for the oven shown in FIG. 1; and

FIG. 13 is an enlarged, fragmentary section view taken substantially along line 13—13 in FIG. 12.

4

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

An exemplary embodiment of a counter-top electric oven made according to the invention is described herein and is illustrated in the drawings in connection with an infrared counter-top oven. However, it should be understood that many features of the invention may find utility in other types of counter-top electric cooking ovens, including those using cyclonic air flow in combination with simple resistance electric heating elements. Accordingly, no limitation is intended to use in connection with an infrared heating element except insofar as expressly stated in the appended claims.

With reference to FIGS. 1 and 2, a counter-top electric oven 10 includes a base 12, an oven pan 14 supported by the base 12, a cooking rack 16 supported by the oven pan 14, a generally cylindrical, transparent oven housing 18 supported by the base 12, and a power head 20 supported on the oven housing 18 and detachably connected to the oven housing 10. Together, the oven pan and the oven housing 18 define a cooking enclosure 21 with the oven 10 is in the assembled state shown in FIG. 1.

As best seen in FIGS. 2 and 3, the base 12 has an interior surface 22 defined by a generally cylindrical side wall 24 and a planar bottom 26. A pair of handles 27 extend from the cylindrical side wall 24 to allow a user to move the oven from one location to another. The interior surface 22 surrounds the oven pan 14 and is spaced from the oven pan 14 by an air gap. The base 12 further includes one or more supports 28 for the oven pan 14 and one or more thermal insulators 30 between the one or more supports 28 and the oven pan 14 to prevent overheating of the base 12 by the heat from the oven pan 14. In the preferred embodiment shown in FIGS. 2 and 3, the one or more supports 28 are provided in the form of three cylindrical pillars 28A, and the one or more thermal insulating spacers 30 are provided in the form of three cylindrical spacers 30A, each supported by one of the pillars 28A. As seen in the section view of the spacer 30A and pillar 28A in FIG. 3, each of the spacers 30A includes a cylindrical stub 32 that is engaged in a mating hole 36 in each pillar 28A to retain each of the spacers 30A to the respective pillar 28A. While it is preferred that the cross-sections of the spacers 30A and the pillars 28A be generally circular, it should be understood that the invention contemplates non-circular cross-sections, such as, for example, triangular, oval, square, rectangular, trapezoidal, hexagonal, etc. The oven pan 14 is supported on the insulators 30 to maintain the air gap between the interior surface 22 and the cooking pan 14 and to prevent overheating of the base 12, including the handles 27. Preferably, the plastic base 12 is made from a suitable polycarbonate material and the thermal insulators 30 are made from a suitable silicone rubber insulating material.

The metallic oven pan 14 includes an interior surface and an exterior surface 38 defined by a cylindrical side wall 39 and a planar bottom 40. Preferably the oven pan 14 is a one piece construction made of aluminum plate with a suitable nonstick PTFE coating on the interior surface 37. A pair of retractable handles 41 are mounted to a lip 42 that defines an outer periphery of the oven pan 14. The handles 41 are mounted to the lip 42 for movement between a first position, shown in FIG. 2, where the handles 41 are extended from the lip 42 so that a user may grasp the handles 41 to remove the pan 14 from the base 12, and a second position, shown in FIG. 4, where the handles 41 are retracted toward lip 2 to allow the oven housing 18 to be positioned above the oven

US 6,201,217 B1

5

6

pan 14, as shown in FIG. 3, without interfering with the handles 41. As best seen in FIG. 4, each of the handles 41 has a pair of legs 43 extending from a grasping member 44. Each of the legs 43 are received in a vertical guide hole 45 formed in the lip 42 to guide the handles 41 between the first and second positions. Each of the legs terminate in a tab 46 that engages the lip 42 with the handle 41 in the first position. Preferably, the handles are made from a unitary piece of metallic wire that is bent to form the grasping member, the legs 43, and the tabs 46.

The cooking rack 16 includes a planar grid 47 for supporting food items that are being cooked, a first set of loop projections 48 extending in one direction from the plane of the grid 47 and a second set of loop projections 49 extending in the opposite direction from the plane of the grid 47. The projections 48 can be used to support the grid to provide a first cooking height for food items supported by the grid 47, while the projections 49 can be used to support the grid 47 to provide a second cooking height for the grid 47. Preferably, the cooking rack 16 is made from 304 stainless steel with a suitable non-stick PTFE coating.

As best seen in FIG. 3, the oven housing 18 includes an interior surface 50 defined by a generally cylindrical side wall 52 that blends into a generally conicalshaped side wall 54 which in turn blends into a planar upper wall 56 which finally blends into a generally cylindrical ring 58. An annular lip 59 is formed on the outer surface of the wall 52 and serves to support the oven housing 18 on the side wall 24 of the base 12. A portion 60 of the wall 52 that extends below the lip 59 cooperates with the side wall 24 of the base 12 to restrict the leakage of hot gases, such as steam, from the cooking enclosure 21. As best seen in FIG. 3A, the portion 60 includes an annular lead-in chamfer or relief 61 that serves to guide the portion 60 into the base 12, thereby easing the engagement of the oven housing 18 to the base 12 and preventing the mislocation of the housing 18 relative to the base 12. The relief 61 allows for the portion 60 to be inserted into the base 12 without precise vertical movement of the housing 18 relative to the base 12, i.e., the housing 18 can be inserted into the base 12 while being tilted somewhat relative to vertical. Preferably, the oven housing 18 is formed from a suitable transparent polycarbonate material.

As best seen in FIGS. 3 and 5, the power head 20 includes an exterior housing assembly 62. The assembly 62 includes a domed shape upper housing 64 having a pair of handles 64, and a lower housing 66 including a cylindrical wall portion 66 and an annular flange 70. As seen in FIG. 2, four equally spaced lands 72 (only one shown) are raised from the cylindrical wall 66 to engage a plurality of ramped tabs 74 formed on the ring 58 of the housing 18 to detachably connect the power head 20 and the housing 18. The power head 20 further includes a motor 76 for driving a cooling fan 78 and an oven fan 80 via a common shaft 82, an infrared electric heating element 84, a heater/fan housing 86, a radiation plate 88 mounted to an interior surface of the heater housing 86, a glass fiber thermal insulator 90 mounted between the heater housing 86 and the motor 76, a mica sheet 92 mounted between the upper housing 64 and the lower housing 66, a protective grid 94, a thermistor 96, a thermostat 98, and a controller 100 including a pair of control boards 102 and 164 for controlling the heating element 84 and the motor 76 in response to signals from the thermistor 96 and command signals input into a control panel 106 by a user. Preferably, the fan 78 is made of a suitable plastic material, while the fan 80 and the radiation plate 88 are made of aluminum plate in order to reflect the infrared energy from the heater 84 down toward the interior of the cooking enclosure 19. It is also preferred that the motor 76 drive the fans 78 and 80 at a speed in the range of 2500 rpm, which should provide an adequate air flow from

the fan 80 to create a relatively even temperature throughout the cooking enclosure 21 and to speed the cooking of food by convection to supplement the infrared cooking, without generating the high speed air motion associated with some cyclonic electric counter-top ovens. Another benefit of the relatively low speed air flow created by the fan 80 is that it helps to maintain the hot surfaces of the oven 10 in a temperature range that will tend to emit infrared radiation and limits the decrease in emissivity of the non-metal materials of the oven 10. It is preferred that the heating element 84 be made of an incoloy 840 material coated with a G-1500 (CRC 1500) ceramic coating having a coating thickness of $20\pm5$ $\mu m$, with the main components of the coating material being $SiO_2$, $TiO_2$, and $Al_2O_3$, with an inorganic pigment, mainly Si—O. The ceramic coating increases the emissive power of the heating element and shifts the emission spectrum to the infrared range. With this coating, the heating element 84 is capable of generating approximately 98% or more of its heat radiation in the infrared range. A sol-gel coating method is used for coating the ceramic material firmly onto the incoloy 840 material. Infrared electric heating elements of this construction have been used in the past on hair dryers, bread makers, etc. The grid 94 is preferably made of 304 stainless steel or from any suitable PTFE coated metallic material. Preferably, the upper housing is made from a suitable polycarbonate material and the lower housing and the heater housing are made from zinc plated steel or steel coated with a suitable non-stick PTFE coating.

Together, the cylindrical wall portion 68 of the lower housing 66, the heater housing 86, the radiation plate 88, the fan 80, and the heating element 84 define a heating unit 108 that extends into the cooking enclosure 21 through an opening 110 defined by the cylindrical portion 58 of the housing 18. Together, the upper housing 64 and the mica sheet 92 define a fan chamber 111 that is thermally insulated from the interior of the cooking enclosure 21 by the mica sheet 92, the glass fiber insulator 90, the heater housing 86, the radiation plate 88, and the lower housing 66. As best seen in FIGS. 3 and 5, a plurality of cooling air outlets 112 are formed in the annular flange 70 of the lower housing 66. Cut-outs 113 are provided in the mica sheet 92 to prevent interference between the outlets 112 and the mica sheet 92 and to allow a cooling air flow to pass through the mica sheet 92 to the outlets 112. Preferably, the outlets 112 are equally circumferentially spaced around the flange 70.

Together the flange 70 and the outlets 112 define a cooling manifold 114 that surrounds the opening 110 of the housing 18 and faces the surface 56 outside of the cooking enclosure 21. The cooling fan 78 actively cools the fan chamber 111 and the walls 52, 54, 56 and 58 of the housing 18 by drawing a cooling air flow through a plurality of inlet openings 116 formed in the upper housing 64 and forcing the cooling air to exit through the outlets 112, which direct the cooling air flow toward the surface 56 of the housing 18 to cool the housing 18, as indicated by arrows A.

As best seen in FIG. 6, the wall 68 and the flange 70 are spaced from the cylindrical ring 58 of the housing 18 by the tabs 74 to define a hot gas vent 118 that surrounds the heating unit 108 between the heating unit 108 and the outlets 112 to vent hot gas, such as steam, from the inside of the cooking enclosure 21 for mixture with the cooling air flow from the air outlets 112, as shown by the arrow B.

The control boards 102 and 104 are spaced from the interior surface of the upper housing 64 by a plurality of mount supports 120 to allow the cooling air flow to pass over both sides of the control boards 102 and 104 as it circulates around the fan chamber 111 before exiting through the outlets 112, thereby enhancing the cooling of the electronics on the control boards 102 and 104.

7
8

As best seen in FIG. 7, the controller **100** is connected to the motor **76** and the heating element **84** to control the flow of electric power to the motor **76** and the heating element **84** in response to signals from the thermistor **96** and command signals input by the control panel **106** by a user. The controller is configured to selectively power the heating element at a number of power levels P from a minimum power to a maximum power. At each power increment P, the controller **100** powers the heating element when the thermistor **96** indicates that the temperature in the cooking enclosure **21** has fallen below a low temperature set point associated with the particular power level P. The controller **100** then terminates power to the heating element **84** when the temperature indicated by the thermistor **96** exceeds a high temperature set point associated with the particular power level P. The controller provides power continuously to the motor **76** during the heating operations regardless of the power level selected.

As best seen in FIG. 8, the controller is configured to limit the cooking time at the maximum power setting to two hours to prevent overheating of the oven **10**. More specifically, after a user sets the power level P and enters the desired cook time t at block **130**, it is determined at **132** whether the power has been set to the maximum power level. If the power is set to maximum, it is determined at **134** whether the desired cooking time exceeds two hours. If the desired cooking time exceeds two hours, the cooking time is automatically limited to two hours by the controller **100** at **136**. If the desired cooking time is less than two hours, or if the power level P is not set to maximum, the controller is configured to run the heating element **84** and the motor **76** at the power level P and for the desired cooking time t, as shown at block **138**.

After the cooking time has expired, the controller **100** is configured to terminate power to the heating element **84** and to the motor **76**. However, as an optional feature, after the cooking time has expired, the controller **100** can be configured to terminate power to the heating element **84** while providing power to the motor **76** for a five minute cooling stage, as shown at **140** and **142**. This may allow time for the hot gases in the cooking enclosure **21** to vent and to be cooled by the cooling air flow from the outlets **112**, thereby preventing hot gases, such as steam from accumulating in the cooking enclosure **21** and/or the fan chamber **111** and also preventing the handles **65** from overheating.

As best seen in FIG. 9A, the protective grid **94** includes a first pair of legs **150** that are oppositely directed relative to a second pair of legs **152**. As best seen in FIG. 9B, each of the legs **150, 152**, is slidably received in a mating aperture **154** in the heater housing **86** to detachably mount the protective grid **94** to the heater housing **86**. A fastener **156** is engaged with the heater housing **86** for movement between a first position shown in FIG. 9A where the fastener engages one of the legs **152** to restrict movement of the grid **94** relative to the heater housing **86** to prevent removal of the grid **94** from the heater housing **86**, and a second position shown in FIG. 9B where the fastener is disengaged from the one leg **152** to allow removal of the grid **94** from the heater housing **86**. Preferably, as seen in FIG. 9B, the fastener **156** is provided in the form of a threaded set screw that is threadably engaged with the housing **86**, with the end of the set screw frictionally engaging the one leg **152** in the first position shown in FIG. 9A. In this regard, it should be noted that for the fastener to be in the second position it need not be completely removed from the housing **86** as shown in FIG. 9B, rather, the fastener **156** need only be positioned so that it is disengaged from the one leg **152** to allow movement of the grid **94** relative to the housing **86**. As best seen in FIG. 9C, with the fastener **156** in the second position, the legs **152** can be slid in the apertures **154** to allow the grid **94** to move

relative to the housing **86** in the direction of the legs **152**, as indicated by Arrow A, to thereby remove the legs **150** from their mating apertures **154**. Once the legs **150** are removed from their mating apertures **154**, the grid **94** can be tilted downward as shown by the arrow B in FIG. 9D and then the grid **94** can be moved in the direction of the legs **150**, as indicated by Arrow C, to thereby remove the legs **152** from their mating apertures **154** and thus, the grid **94** from the housing **86**. Removal of the grid allows for cleaning of the heating element **84**, the fan **80**, the reflector plate **88**, and the interior of the housing **86**.

As best seen in FIGS. 10 and 11, in an optional embodiment of the base **12**, the one or more supports **28** are provided in the form of three or more circumferentially spaced feet **28B** that extend from the side wall **24** to underlie the oven pan **14**, and the thermal insulators **30** are provided in the form of three or more thermal insulating spacers **30B**, each supported by one of the feet **28B**.

As best seen in FIGS. 12 and 13, in one optional embodiment of the base **12**, the one or more supports **28** is provided in the form of an annular shoulder **28C** formed on the interior surface **22** of the base **12**, and the one or more insulators **30** are provided in the form of a thermal insulating ring **30C** that is supported by the shoulder **28C**.

What is claimed is:

1. An electric oven for cooking food, the oven comprising:

   a cooking enclosure including an upper surface with an opening therein; and

   a power head detachably connected to the cooking enclosure and including

      a heating unit extending into the cooking enclosure through said opening,

      a fan chamber positioned above the cooking enclosure and the heating unit,

      a fan mounted in the fan chamber to create a cooling air flow through the fan chamber,

      a plurality of air inlets to the fan chamber to allow said cooling air flow into the fan chamber, and

   a cooling manifold surrounding said opening and including a lower surface facing said upper surface outside of said cooking enclosure, the cooling manifold in fluid communication with the fan chamber and including a plurality of air outlets arranged in said lower surface to direct the cooling air flow from the fan chamber toward the upper surface of the cooking enclosure to cool the upper surface.

2. The electric oven of claim **1** wherein said heating unit includes an electric infrared heating element made of incoloy **840** coated with a coating material, the main components of the coating material being $SiO_2$, $TiO_2$, and $Al_2O_3$.

3. An electric oven for cooking food, the oven comprising:

   a cooking enclosure including an upper surface with an opening therein; and

   a power head detachably connected to the cooking enclosure and including

      a heating unit extending into the cooking enclosure through said opening,

      a fan chamber positioned above the cooking enclosure and the heating unit,

      a fan mounted in the fan chamber to create a cooling air flow through the fan chamber,

      a plurality of air inlets to the fan chamber to allow said cooling air flow into the fan chamber, and

   a cooling manifold surrounding said opening and facing said upper surface outside of said cooking enclosure, the cooling manifold in fluid communi-

US 6,201,217 B1

9

cation with the fan chamber and including a plurality of air outlets arranged to direct the cooling air flow from the fan chamber toward the upper surface of the cooling enclosure to cool the upper surface.

wherein said heating unit is spaced from said opening to define a hot gas vent surrounding said heating unit and located between said heating unit and said air outlets to vent hot gas from the inside of the cooking enclosure for mixture with said cooling air flow from said air outlets.

**4**. The electric oven of claim **3** wherein said electric oven further includes a controller configured to run the fan for a predetermined cooling period after power to the heating unit has been terminated.

**5**. An electric oven for cooking food, the oven comprising:

a cooking enclosure including an oven housing and a metallic oven pan having interior and exterior surfaces and located beneath the oven housing;

a power head detachably connected to the cooking enclosure and including a heating unit extending into the cooking enclosure, the heating unit including an electric heating element arranged to direct heat toward the interior surface of the oven pan; and

a plastic base having an interior that surrounds the oven pan with an air gap, the base including one or more supports for the oven pan and one or more thermal insulators between the posts and the exterior surface of the oven pan to prevent overheating of the base by the heat directed at the interior surface of the oven pan.

**6**. The electric oven of claim **5** wherein the one or more supports comprises a plurality of support posts, and the one or more thermal insulators comprises a plurality of thermal insulators, each insulator between one of the support posts and the exterior surface of the pan.

**7**. The electric oven of claim **5** wherein the interior of the base is defined by an upwardly extending side wall, the one or more supports comprises a plurality of feet that extend from the side wall to underlie the oven pan, and the one or more thermal insulators comprises a plurality of thermal insulators, with each insulator positioned between one of the feet and the exterior surface of the oven pan.

**8**. The electric oven of claim **5** wherein the one or more supports comprises an annular shoulder on the interior of the base, and the one or more thermal insulators comprises an annular insulating ring between the shoulder and the exterior surface of the oven pan.

**9**. The electric oven of claim **5** wherein the base comprises a polycarbonate material.

**10**. The electric oven of claim **5** wherein the insulators comprise a silicon material.

**11**. The electric oven of claim **5** wherein the one or more supports are a unitary part of the base.

**12**. An electric oven for cooking food, the oven comprising:

a base;

a cooking enclosure supported by the base, the cooking enclosure defined by an oven housing and an oven pan located beneath the oven housing and surrounded by an interior of said base, the oven pan including a lip defining an outer periphery of the oven pan, and a pair of retractable handles mounted to the lip for movement between a first position where the handles are extended from the lip so that a user may grasp the handles to remove the pan from the base and a second position where the handles are retracted toward the lip to allow the oven housing to be positioned above the oven pan without interfering with the handles; and

10

a power head detachably connected to the cooking enclosure and including a heating unit extending into the cooking enclosure.

**13**. The electric oven of claim **12** wherein each of the handles has a pair of legs extending from a grasping member, each of the legs received in a guide hole formed in the lip to guide the handles between the first and second positions, each of the legs terminating in a tab that engages the lip with the handle in the first position.

**14**. The electric oven of claim **13** wherein each of the handles comprises a unitary piece of wire that is bent to form the grasping member, the legs, and the tabs.

**15**. A counter-top electric oven for cooking food, the oven comprising:

a cooking enclosure including an oven housing and a metallic oven pan having interior and exterior surfaces and located beneath the oven housing, the oven housing including an upper surface with an opening therein, the oven pan including a lip defining an outer periphery of the oven pan, and a pair of retractable handles mounted to the lip for movement between a first position where the handles are extended from the lip so that a user may grasp the handles to remove the pan from the base and a second position where the handles are retracted toward the lip to allow the oven housing to be positioned above the oven pan without interfering with the handles, each of the handles having a pair of legs extending from a grasping surface, each of the legs being received in a guide hole formed in the lip to guide the handles between the first and second positions, each of the legs terminating in a tab that engages the lip with the handle in the first position;

a power head detachably connected to the cooking enclosure and including a heating unit extending into the cooking enclosure through said opening, the heating unit including an electric heating element arranged to direct heat toward the interior surface of the oven pan, the heating unit spaced from said opening to define a hot gas vent surrounding said heating unit to vent hot gas from the inside of the cooking enclosure, the power head further including

a fan chamber positioned above the cooking enclosure and the heating unit,

a fan mounted in the fan chamber to create a cooling air flow through the fan chamber,

a plurality of air inlets to the fan chamber to allow said cooling air flow into the fan chamber, and

a cooling manifold surrounding said opening and said hot gas vent and facing said upper surface outside of said cooking enclosure, the cooling manifold in fluid communication with the fan chamber and including a plurality of air outlets arranged to direct the cooling air flow from the fan chamber toward the upper surface of the cooking enclosure to cool the upper surface and to mix with said hot gas from said hot gas vent; and

a plastic base having an interior that surrounds the oven pan with an air gap, the base including a plurality of support posts to support the oven pan and a plurality of thermal insulators between the posts and the exterior surface of the oven pan to prevent overheating of the base by the heat directed at the interior surface of the oven pan.

* * * * *

# EXHIBIT B





# EXHIBIT C

