**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **IBC-HEARTHWARE, INC. d/b/a HEARTHWARE HOME PRODUCTS, INC., an Illinois corporation** | ) ) ) ) **Civil No.: 09-CV-4903** |
| **Plaintiff,** | ) ) ) |
| **v.** | ) ) |
| **MORNINGWARE, INC., an Illinois corporation** | ) **JURY TRIAL DEMANDED** ) |
| **Defendant.** | |

## LOCAL RULE 3.4 NOTICE OF CLAIMS INVOLVING PATENT

Pursuant to Local Rule 3.4, plaintiff provides the following information to be used

by the Clerk of the Court as required by 35 U.S.C. § 290:

1.      Name and address of plaintiff:

   IBC-Hearthware, Inc.
   880 Lakeside Drive
   Gurnee, Illinois 60031

2.      Names and addresses of defendant:

   Morningware, Inc.
   1699 Wall Street
   Mt. Prospect, Illinois 60056

3.      Name of Inventors: Jung S. Moon, Rong Liu, Alan R. Kelley

4.      United States Patent Number Involved:

   6,201,217

Dated: August 10, 2009                          Respectfully Submitted,


                                        /s/  William P. Oberhardt___
                                        William P. Oberhardt
                                        WILLIAM P. OBERHARDT,  LLC
                                        70 West Madison, Suite 2100
                                        Chicago, IL 60602
                                        Tel: 312-251-1100
                                        Fax: 312-251-1175
                                        Atty. Reg. No. 3122407


                                        *Counsel for Plaintiff*
                                        IBC-Hearthware, Inc. d/b/a
                                        Hearthware Home Products, Inc.



*Of Counsel*

David M. Farnum (*pro hac vice* pending)
dmfarnum@venable.com
Meaghan H. Kent (*pro hac vice* pending)
mhkent@venable.com
Cameron H. Tousi (*pro hac vice* pending)
chtousi@venable.com
Calvin R. Nelson (*pro hac vice* pending)
crnelson@venable.com
VENABLE LLP
575 Seventh Street, NW
Washington, D.C. 20004
Tel: (202) 344-4000
Fax: (202) 344-8300

2